UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**  CIVIL ACTION NO. 04mc30029-MBD

To the United States marshal for the District of Massachusetts or either of her Deputies and to _____, Special Process Server:

WHEREAS, M&M Produce, Inc. has recovered judgment against Fresh Foods, Inc., Donna Wolf and James Wolf on the 1st day of January, 2004, for the sum of $69,323.67, debt or damage, pre-judgment interest in the amount of $0.00, and costs of this suit in the amount $0.00, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtors, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums less amounts previously paid, being a total of $37,663.04 ($34,553.24 principal plus $3,109.80 post-judgment interest), in the whole, with interest thereon at the rate of 18% per year or $17.04 per day after October 18, 2004; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at Springfield, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ ahs been satisfied or discharged.

Dated this 2nd day of November, 2004.

TONY ANASTAS
CLERK OF COURT

SEAL

By: _Mary Finn_
Deputy Clerk

5\4356\-5 First Execution

July 26, 2005

This Execution is being returned into Court marked "satisfied" by the Defendant.

_____
Arnold Greenhut, Esq.
Attorney for the Plaintiff